UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14375-CIV-MARTINEZ-REINHART

JERUSCHA TOUSSAINT,

    Plaintiff,

vs.

WALMART, INC.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Motion to Dismiss, (ECF No. 3), and Defendant's Motion to Strike, (ECF No. 21). Judge Reinhart filed an R&R, (ECF No. 24), recommending that Defendant's Motion to Strike be granted and that the Complaint be dismissed as a shotgun pleading with leave to amend it once. As to the Motion to Dismiss, Judge Reinhart noted that it was impossible to evaluate whether the motion is meritorious because it is impossible to figure out what causes of action Plaintiff is bringing. (R&R at 3). Accordingly, Plaintiff's Complaint, (ECF No. 1), is dismissed without prejudice as a shotgun pleading. The R&R discusses several deficiencies with the Complaint and instructs Plaintiff that she should be allowed another chance to correct the problems. (*Id.* at 4–5).

The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Reinhart's R&R, (ECF No. 24), is **AFFIRMED** and **ADOPTED in part** at stated herein:

    1.    Defendants' Motion to Dismiss, (ECF No. 3), is **DENIED without prejudice**.

    2.    Defendant's Motion to Strike, (ECF No. 21), is **GRANTED**.

    3.    Plaintiff's Complaint, (ECF No. 1), is **DISMISSED without prejudice**. Plaintiff

   shall file an Amended Complaint **on or before July 29, 2024**, curing the deficiencies listed in the R&R.

  4.  The Clerk is **DIRECTED** to **CLOSE** this case for administrative purposes only. This shall not affect the substantive rights of the party.

  **DONE AND ORDERED** in Miami, Florida, this 28th day of June, 2024.

                 _____
                 JOSE E. MARTINEZ
                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reinhart
All Counsel of Record
Jeruscha Toussaint, *pro se*